## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALBERTHA GARRETT** | * | **CIVIL ACTION NO. 2:07-CV-1975** |
| | * | |
| **Plaintiff** | * | **JUDGE RICHARD HAIK** |
| | * | |
| **VERSUS** | * | **MAGISTRATE METHVIN** |
| | * | |
| **STATE FARM FIRE AND CASUALTY** | * | |
| **COMPANY** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### STATE FARM FIRE & CASUALTY COMPANY'S
### MOTION IN LIMINE/MOTION TO EXLUDE

NOW INTO COURT, through undersigned counsel, comes **State Farm Fire and Casualty Company** ("State Farm"), who moves this Honorable Court to exclude evidence pertaining to testimony of Kermith Sonnier and the Cost Control Services Estimate dated September 20, 2007 for the reasons more fully set forth in the attached Memorandum in Support of Motion, and exhibits attached thereto

WHEREFORE, Defendant STATE FARM FIRE AND CASUALTY COMPANY prays its Daubert Motion/Motion in Limine/Motion to Exclude Evidence pertaining to testimony of Kermith Sonnier and the Cost Control Services Estimate dated September 20, 2007 be granted.

`                                           Respectfully submitted,

                                      STOCKWELL, SIEVERT, VICCELLIO,
                                         CLEMENTS & SHADDOCK, L.L.P.


                                      BY:_____s/ Todd M. Ammons_____
                                            TODD M. AMMONS (#21441)
                                            One Lakeside Plaza, 4th Floor
                                            P.O. Box 2900
                                            Lake Charles, LA  70602
                                            Attorneys for State Farm Fire and
                                            Casualty Company


                         **CERTIFICATE OF SERVICE**

        This certifies that a true and correct copy of the foregoing pleading was filed

electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be

sent to the following by operation of the court's electronic filing system.

                  Jackie South
                  501 Broad St.
                  P. O. Box 3010
                  Lake Charles, LA 70602

             Attorney for Plaintiff, Albertha Garrett.


        Lake Charles, Louisiana on this 27th day of April, 2009.


                                      s/ Todd M. Ammons_____
                                      TODD M. AMMONS