

Complaint #: **ao-053476**

## Calcasieu Parish Sheriff's Office
5400 E. BROAD, ST. LAKE CHARLES, LA 70615
PHONE (337) 491-3600

### VOLUNTARY STATEMENT

I, **Albertha Garrett**, residing at **Crying Eagle Village Lot #01**, hereby give the following voluntary statement to Deputy _____ of the CALCASIEU PARISH SHERIFF'S OFFICE.

Phone: (Home) **337(853-6904 Cell**  (Work) _____  (Pager) _____

Date of Birth: **1-6-37**   License # **004513441**   State **LA**   Race **B**   Sex **F**

I have a contract with Jimmy Lewis to do extensive work on my home at 1801 9th St, Lake Charles, LA 70601. He started in the last week of May. Everything was bought for my home, except carpet and kitchen flooring. I had recipts, in which he stole all. I have recipts from Lowes.

Mr. Lewis left my home in a total diaster, my furniter is ruin due to his mishandling. Mr Lewis, bought the material, on my account at Lowes, that was already paid for and lots more. He took advantage of me because I was very ill. He was paid 6,800. Material 24,700.00

I read this statement consisting of _____ page(s), and I attest to the truth and accuracy of the facts contained therein. Any corrections, changes or additions bears my initials.

Statement was completed at _____, on the _____ day of **10-3-06**, 20___.

Signature of Person Giving Voluntary Statement: *Mrs Albertha Garrett*

Witness Signature: *Carolyn Robbins*
Printed Name: **Carolyn Robbins**

SS: _____
Signature _____   Printed Name _____