ime Prevention Officer Required?    Issued Complaint Slip?    911 Notified?    Warrant?

rade Related?    Crime Scene Required?    Report Status: **COMPLETED**

ceptional Clearance: **NOT APPLICABLE**    Date:

strict Follow Up?

ireau Follow Up?

06-053476

**ARRATIVE DESCRIPTION OF OFFENSE**
None

ime Stamp: **09/26/2006 12:37**    Written By: **WARNER LEVY**

06-053476

**INITIAL DETAILS:**

GARRETT ALBERTHAL STATED SHE MADE CHECKS TOTALING THE AMOUNT OF $21,000.00 TO JAMES LEWIS TO DO WORK ON HER HOME. ALBERTHAL STATED SHE PAID HIM UP FRONT. ALBERTHAL STATED IT'S BEEN A MONTH AND LEWIS HAS NOT WORKED ON HER HOME AND HAS NOT CONTACTED HER.

**DETAILS:**

ON MONDAY, 9-25-06 AT APPROXIMATELY 1143 I WAS DISPATCHED TO 1801 9TH STREET IN REFERENCE TO A THEFT. UPON ARRIVAL I SPOKE WITH GARRETT ALBERTHAL. MISS ALBERTHAL STATED SHE WROTE CHECKS TOTAL TO THE AMOUNT OF $21,000.00 TO JAMES LEWIS TO REPAIR DAMAGES TO HER HOME CAUSE BY THE STORE. MISS ALBERTHAL STATED JAMES HAS NOT STARTED ON HER HOME AND WATER DAMAGE HAS CAUSED MORE DAMAGE DO TO HER HOME BEING OPEN. SHE STATED SHE HAS CONTACTED JAMES AND HE ADVISED HER HE WAS SICK. MISS ALBERTHAL STATED JAMES SHOULD PAY HER MONEY BACK SO SHE CAN GET HER HOME FIXED.

NFI/EOR

CPL. WARNER LEVY

KNS


ime Stamp: **11/01/2006 12:17**    Written By: **BURNETT DAVID**

Supplemental Report

Complaint #: 06-053476

Victim: Albertha Garrett
1801 9th Street
Lake Charles, LA. 70601
337-853-6904

Suspect: Jimmy Lewis
534 Gradney Lane
Oberlin, LA. 70655

Reporting Officer: Warner Levy