UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALBERTHA GARRETT** | * | **CIVIL ACTION NO. 2:07-CV-1975** |
| **Plaintiff** | * | **JUDGE HAIK** |
| **VERSUS** | * | **MAGISTRATE METHVIN** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | |
| **Defendant** | * | |

*********************************************************************

## ORDER

Considering the foregoing Motion:

**IT IS ORDERED THAT** Defendant's Daubert Motion/Motion in Limine/Motion to Exclude Evidence pertaining to testimony of Kermith Sonnier and the Cost Control Services Estimate dated September 20, 2007 be granted.

**THUS DONE AND SIGNED** on this the _____ day of _____, 2009.

_____
**MAGISTRATE JUDGE**