**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE - OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **ALBERTHA GARRETT** | * | **CIVIL ACTION NO. 2:07-CV-1975** |
| | * | |
| **Versus** | * | **JUDGE RICHARD HAIK** |
| | * | |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | **MAGISTRATE JUDGE METHVIN** |

*******************************************************************************

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT, STATE FARM FIRE & CASUALTY COMPANY'S STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF MOTION IN LIMINE/MOTION TO EXCLUDE COST CONTROL ESTIMATE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Albertha Garrett, and moves to strike Defendant, State Farm Fire and Casualty Company's Statement of Uncontested Facts in Support of Motion in Limine/Motion to Exclude Cost Control Estimate for all the reasons set forth in the attached memorandum.

Respectfully submitted,

LUNDY, LUNDY, SOILEAU & SOUTH LLP

 /s/ Jackey W. South
HUNTER W. LUNDY, #8938
JACKEY W. SOUTH, #21125
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
P.O. Box 3010
Lake Charles, LA 70602
(337) 439-0707 - Telephone
(337) 439-1029 - Facsimile

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on May \_\_\_\_, 2009, a copy of the foregoing Plaintiff's Motion to Strike Defendant, State Farm Fire & Casualty Company's Statement of Uncontested Facts in Support of Motion in Limine/Motion to Exclude Cost Control Estimate was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record:

Todd M. Ammons tmammons@ssvcs.com, cbjenigan@ssvcs.com, jblavergne@ssvcs.com
David L. Morgan  dlmorgan@ssvcs.com, klcormier@ssvcs.com

      /s/ Jackey W. South
JACKEY W. SOUTH, #21125
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
P.O. Box 3010
Lake Charles, LA 70602
(337) 439-0707 - Telephone
(337) 439-1029 - Facsimile

2