UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| **ALBERTHA GARRETT** | * | **CIVIL ACTION NO. 2:07-CV-1975** |
| | * | |
| **Versus** | * | **JUDGE RICHARD HAIK** |
| | * | |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | **MAGISTRATE JUDGE METHVIN** |

*******************************************************************************

## ORDER

Considering the Motion to Strike Defendant, State Farm Fire & Casualty Company's Statement of Uncontested Facts in Support of Motion in Limine/Motion to Exclude Cost Control Estimate filed by plaintiff, Albertha Garrett;

IT IS HEREBY ORDERED that the Plaintiff's Motion to Strike is hereby striken from the record.

Lake Charles, Louisiana this _____ day of May, 2009.

_____
Honorable Judge Methvin